In the Matter of The Andes ˙Co-operative Dairy Company, Respondent, against Charles H. Baldwin, as Commissioner of Agriculture and Markets of the State of New York, Appellant.

In the Matter of Addison B. Liddle, on Behalf of Himself and Others, Respondent, against Charles H. Baldwin, as Commissioner of Agriculture and Markets of the State of New York, Appellant.

(Argued November 21, 1933; decided December 5, 1933.)

*Henry S. Manley* for appellant.

*Ransom H. Gillett* and *Arthur F. Curtis* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.